1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBEY KURT HAIRSTON,                          No.  2:15-cv-0581 KJM CKD P

12                   Plaintiff,

13            v.                                    ORDER

14   C.L. PHILLIPS,

15                   Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983.  On April 30, 2015, plaintiff was directed to submit an application to proceed in

19   forma pauperis.  Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant

20   to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account

21   statement for the six month period immediately preceding the filing of the complaint and obtained

22   the certification required on the application form.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be

23   provided the opportunity to submit the completed application and the certified copy in support of

24   his application to proceed in forma pauperis.

25          In accordance with the above, IT IS HEREBY ORDERED that:

26          1.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

27   his prison trust account statement for the six month period immediately preceding the filing of the

28   /////

                                                   1

1   complaint and the certification required on the application form.  Plaintiff's failure to comply

2   with this order will result in a recommendation that this action be dismissed without prejudice.

3       2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

4   Forma Pauperis By a Prisoner.

5   Dated:  June 2, 2015

6   _____
    CAROLYN K. DELANEY

7   UNITED STATES MAGISTRATE JUDGE

8

9

10

11  hair0581.3e

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2