1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBEY KURT HAIRSTON,                        No.  2:15-cv-0581 KJM CKD P

12              Plaintiff,

13        v.                                     FINDINGS AND RECOMMENDATIONS

14   C. L. PHILLIPS,

15              Defendant.

16

17        By an order filed June 2, 2015, plaintiff was ordered to file a completed in forma pauperis

18   application within thirty days and was cautioned that failure to do so would result in a

19   recommendation that this action be dismissed.  The thirty day period has now expired, and

20   plaintiff has not responded to the court's order and has not filed a completed application.

21        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

22   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23        These findings and recommendations are submitted to the United States District Judge

24   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

25   after being served with these findings and recommendations, plaintiff may file written objections

26   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

27   ////

28   ////

                                              1

1    and Recommendations."  Plaintiff is advised that failure to file objections within the specified

2    time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

3    (9th Cir. 1991).

4    Dated:  July 13, 2015

5    _____
     CAROLYN K. DELANEY
6    UNITED STATES MAGISTRATE JUDGE

7

8

9

10   2 / hair0581.fifp

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28